NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CARBYNE BIOMETRICS, LLC,**
*Appellant*

v.

**APPLE INC.,**
*Appellee*

2025-2125, 2025-2126, 2025-2127

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2024-00329, IPR2024-00330, and IPR2024-00331.

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for the three appeals. The revised official caption is reflected in this Order. The Certified Lists are

due no later than October 29, 2025.

FOR THE COURT

October 3, 2025
Date

Jarrett B. Perlow
Clerk of Court